OPINION — AG — ** OBLIGATION BONDS — WATER WORKS ** OPINION DEALING WITH 'BIG CABIN' UP AS AN EXISTING MUNICIPAL CORPORATION INCORPORATION. HOW WILL THE TOWN TRUSTEES BE CHOSEN OR APPOINTED ? — VACANCIES, APPOINTMENT, COUNTY COMMISSIONERS, ELECTION, GOVERNING BOARD, DUTIES, SUCCESSOR CITE: 11 O.S. 23 [11-23](C), 11 O.S. 24 [11-24], 11 O.S. 971 [11-971], ARTICLE VI, SECTION 13 (FRED HANSEN)